[No. 47916-4-I. Division One. April 29, 2002.]

DEANNA HASENWINKLE, *Appellant*, v. SOUTH KING COUNTY
MULTI-SERVICE CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 99-2-22677-1, Harriett M. Cody, J., entered
December 6, 2000. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Agid and Ellington, JJ.

[No. 47993-8-I. Division One. April 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK KING,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-07133-3, Richard A. Jones, J., entered
January 9, 2001. *Affirmed* by unpublished per curiam
opinion.

[No. 47994-6-I. Division One. April 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CARRIE A. FEHR, ET
AL., *Defendants*, JOEL BREWSTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-08010-3, Jeffrey M. Ramsdell, J., entered
February 15, 2001. *Affirmed* by unpublished per curiam
opinion.

[No. 48283-1-I. Division One. April 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS McDANIEL,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-1-07947-4, Douglass A. North, J., entered
March 15, 2001. *Affirmed* by unpublished per curiam opin-
ion.